**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____     Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Sleep Outfitters of Tennessee LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-3031127** |

4. Debtor's address

**Principal place of business**

**1056 Wellington Way, Suite 200**
**Lexington, KY 40511**
Number, Street, City, State & ZIP Code

**Fayette**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**Tennessee**
Number, Street, City, State & ZIP Code

5. Debtor's website (URL)  _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Sleep Outfitters of Tennessee LLC**                                      Case number *(if known)* _____

         Name

---

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

  **4421**

---

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☒ Yes.

| Debtor    **See Attachment** | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

Debtor  **Sleep Outfitters of Tennessee LLC**                                Case number (*if known*) _____
        Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* |
| | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
| | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

       **Why does the property need immediate attention?** (*Check all that apply.*)

       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

          What is the hazard? _____

       ☐ It needs to be physically secured or protected from the weather.

       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

       ☐ Other _____

       **Where is the property?** _____
                                 Number, Street, City, State & ZIP Code

       **Is the property insured?**

       ☐ No

       ☐ Yes.   Insurance agency _____

                 Contact name _____

                 Phone _____

---

■ **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:* |
| | ■ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Sleep Outfitters of Tennessee LLC**
_____ Name _____    Case number *(if known)* _____

| | |
|---|---|
| ▮ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 11, 2019**
_____
MM / DD / YYYY

**X** **/s/ Kimberly B. Knopf**                                      **Kimberly B. Knopf**
_____    _____
Signature of authorized representative of debtor                Printed name

Title    **Manager**
_____

**18. Signature of attorney**

**X** **/s/ Laura Day DelCotto**                    Date **January 11, 2019**
_____        _____
Signature of attorney for debtor                        MM / DD / YYYY

**Laura Day DelCotto 81763**
_____
Printed name

**DelCotto Law Group PLLC**
_____
Firm name

**200 North Upper St.**
**Lexington, KY 40507**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(859) 231-5800**        Email address    **ldelcotto@dlgfirm.com**
_____        _____

**81763 KY**
_____
Bar number and State

FORM 201 VOLUNTARY PETITION

<u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| INNOVATIVE MATTRESS SOLUTIONS, LLC<br>Eastern District of Kentucky | Affiliate | 1/11/19 |
| SLEEP OUTFITTERS OF ALABAMA LLC<br>Eastern District of Kentucky | Affiliate | 1/11/19 |
| SLEEP OUTFITTERS OF INDIANA LLC<br>Eastern District of Kentucky | Affiliate | 1/11/19 |
| SLEEP OUTFITTERS OF KENTUCKY, LLC<br>Eastern District of Kentucky | Affiliate | 1/11/19 |
| SLEEP OUTFITTERS OF OHIO LLC<br>Eastern District of Kentucky | Affiliate | 1/11/19 |
| SLEEP OUTFITTERS OF WEST VIRGINIA, LLC<br>Eastern District of Kentucky | Affiliate | 1/11/19 |
| SLEEP LIQUIDATORS LLC<br>Eastern District of Kentucky | Affiliate | 1/11/19 |
| BROWN IMMOBILIEN LLC<br>Eastern District of Kentucky | Affiliate | 1/11/19 |
| KNOPF SYSTEMS, LLC<br>Eastern District of Kentucky | Affiliate | 1/11/19 |
| K. B. & ASSOCIATES, INCORPORATED<br>Eastern District of Kentucky | Affiliate | 1/11/19 |

**Fill in this information to identify the case:**

Debtor name  **Sleep Outfitters of Tennessee LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**January 11, 2019**__     X **/s/ Kimberly B. Knopf**
                                              Signature of individual signing on behalf of debtor

                                              **Kimberly B. Knopf**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Official Form 202                         **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Sleep Outfitters of Tennessee LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tennessee Department of Revenue Taxpayer Services Division Andrew Jackson State Office Building, 3r 500 Deaderick Street Nashville, TN 37242** | | | | | | **$87,877.18** |
| **Arcip Horobet Arland Car Wash, LLC 10200 Elbow Bend Road Riverview FL  33578** | | **Lease expense** | | | | **$30,209.00** |
| **Paul Farabaugh PBFBSH 3 SO KINGSPORT, TN A, LLC 851 Debeau Drive Tupelo MS  38804** | | **Lease expense** | | | | **$26,917.00** |
| **Daniel Smith Smith - Lindsey Development 12237 Ansley Court Knoxville TN  37902** | | **Lease expense** | | | | **$25,848.00** |
| **Roberta Hamer Urban Retail Properties, LLC. 178 Winchester Court Clifton, NJ 07013** | | **Lease expense** | | | | **$24,506.18** |
| **Ray Tarkington Tarkington & Harwell LLC 1705 Division Street Nashville TN  37203** | | **Lease expense** | | | | **$23,650.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor   **Sleep Outfitters of Tennessee LLC**

Name                                                    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amanda Sutton Wood Properties, Inc. 900 South Gay Street Knoxville TN 37902 | | Lease expense | | | | $21,136.00 |
| Sells Properties 100 Heather Way Brentwood, TN 37027 | | Rent at 383 West Jackson St, Cookeville TN 38501 | | | | $18,138.92 |
| Jennifer Livingston NAI Koella 1 RM Moore 10820 Kingston Pike Knoxville TN 37934 | | Lease expense | | | | $17,704.00 |
| Michelle Spence The Pines Center, LLC 553 East Main Street Bowling Green KY 42101 | | Lease expense | | | | $13,676.00 |
| The Pines Center, LLC 553 East Main Ave Bowling Green, KY 42101 | | Rent at 510 N. Thompson Lane B, Murfreesboro, TN 37129 | | | | $12,192.29 |
| Traci Kozolski Evergreen Realty Members, LLC 7700 Legends Way Chattanooga TN 37421 | | Lease expense | | | | $11,200.00 |
| Joseph Williams Hickory Grove Community LLC 2518 Northgate Park Suite #199 Chattanooga TN 37415 | | Lease expense | | | | $10,588.00 |
| Hickory Grove Community, LLC c/o Wagner and Weeks, PLLC 701 Market Street, Ste 310 Chattanooga, TN 37402 | | Rent on 5307 Highway 153, Ste 200, Hixson, TN 37343 | | | | $9,059.63 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **Sleep Outfitters of Tennessee LLC**

Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Foch St., LLC c/o Robin M. McNabb, Esq. Wise & Reeves, P.C. 625 S. Gay St., Ste 160 Knoxville, TN 37902** | | **Rent at 1100 Foch Street, Maryville, TN** | | | | **$7,860.00** |
| **Heath Knott LCRE Partners 333 W. Trade St. Charlotte NC  28202** | | **Lease expense** | | | | **$7,403.00** |
| **Judy McCormack TriCity 2, LLC P.O. Box 778 Armonk NY  10504** | | **Lease expense** | | | | **$7,036.00** |
| **Nashville Electric 1214 Church Street Nashville, TN 37246** | | **Electric - Utility Service** | | | | **$3,401.63** |
| **BRIGHTRIDGE P O Box 2058 Johnson City, TN 37605** | | **Electric - Utility Service** | | | | **$1,283.60** |
| **Waste Management of KY P O Box 9001054 Louisville, KY 40290** | | **Waste Services - Utility Service** | | | | **$1,065.72** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   **Sleep Outfitters of Tennessee LLC** _____   Case No. _____

                                           Debtor(s)          Chapter    **11** _____

## VERIFICATION OF MAILING LIST MATRIX


I, the Manager of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __**13**__ page(s) is true and correct and complete, to the best of my (our) knowledge.



Date:   **January 11, 2019** _____        **/s/ Kimberly B. Knopf** _____

                                                            **Kimberly B. Knopf/Manager**
                                                            Signer/Title


I, _____**Laura Day DelCotto 81763**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __**13**__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.



Date:   **January 11, 2019** _____        **/s/ Laura Day DelCotto** _____

                                                            Signature of Attorney
                                                            **Laura Day DelCotto 81763**
                                                            **DelCotto Law Group PLLC**
                                                            **200 North Upper St.**
                                                            **Lexington, KY 40507**
                                                            **(859) 231-5800   Fax: (859) 281-1179**

Amanda Sutton
Wood Properties, Inc.
900 South Gay Street
Knoxville TN  37902


American Water & Energy Savers
4431 North Dixie Highway
Boca Raton FL 33431


Angie Rodriguez
Colliers International
523 3rd Avenue South
Nashville TN 37210


Arcip Horobet
Arland Car Wash, LLC
10200 Elbow Bend Road
Riverview FL  33578


Blount County Trustee
Scott Graves
347 Court St., Courthouse
Maryville TN 37804


BRIGHTRIDGE
P O Box 2058
Johnson City TN 37605


Bristol City Treasurer's Office
497 Cumberland Street
Room 102
Bristol VA 24201


BVU
P O Box 8100
Bristol VA 24203


CDE Lightband
2021 Wilma Rudolph Blvd
Clarksville TN 37040


Chattanooga Gas
P O Box 5408
Carol Stream IL 60197

Chattanooga Gas
P O Box 591
Chattanooga TN 37401


City of Bristol
Commissioner of Revenue
497 Cumberland Street
Bristol VA 24201


City of Chattanooga TN Department of Rev
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242


City of Clarksville
PO Box 928
Clarksville TN 37041


City of Clarksville TN Department of Rev
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242


City of Cookeville
P O Box 998
Cookeville TN 38503


City of Cookeville TN Department of Reve
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242


City of Dickson
Tax Collector's Office
600 East Walnut St
Dickson TN 37055


City of Dickson TN Department of Revenue
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242


City of Hendersonville
Property Tax Office
101 Maple Drive North
Hendersonville TN 37075

City of Hendersonville TN Department of
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242


City of Johnson City
c/o City Recorder
P.O. Box 2227
Johnson City TN 37605


City of Johnson City TN Department of Re
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242


City of Kingsport
225 W Center St
Kingsport TN 37660


City of Kingsport
P O Box 880
Kingsport TN 37662


City of Kingsport TN Department of Reven
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242


City of Knoxville
Property Tax Office
PO Box 15001
Knoxville TN 37901


City of Knoxville TN Department of Reven
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242


City of Maryville
412 W Broadway
Maryville TN 37801


City of Maryville Utilities
P O Box 9760
Maryville TN 37802

City of Mt. Juliet
Property Tax Department
PO Box 618
Mount Juliet TN 37121


City of Murfreesboro
PO Box 1139
Murfreesboro TN 37133


City of Nashville TN Department of Reven
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242


City of Smyrna TN Department of Revenue
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242


Clarksville Gas and Water
2215 Madison St
Clarksville TN 37043


Cookeville City Clerk
PO Box 998
Cookeville TN 38503


Corporate Services Consultants LLC
P O Box 1048
Dandridge TN 37725


Daniel Smith
Smith – Lindsey Development
12237 Ansley Court
Knoxville TN  37902


Davidson County TN Department of Revenue
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242


Dickson County TN Department of Revenue
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242

Dickson County Trustee
PO Box 246
Charlotte TN 37036


Dickson County, TN Assessor of Property
P.O. Box 270
Charlotte TN 37036


Dickson Electric Service
P O Box 627
Dickson TN 37056


EPB (Electric Power Board of Chattanooga
P O Box 182254
Chattanooga TN 37422


First Utility District
Dept 1340 P O Box 2153
Birmingham AL 35287


Foch St., LLC
c/o Robin M. McNabb, Esq.
Wise & Reeves, P.C.
625 S. Gay St., Ste 160
Knoxville TN 37902


Georgia Department of Revenue
Taxpayer Services
P.O. Box 49512
Atlanta GA 30356


Greater Dickson Gas Authority
605 E Walnut Street
Dickson TN 37055


Hamilton County Assessor of Property
6135 Heritage Park Drive
Chattanooga TN 37416


Hamilton County TN Department of Revenue
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242

Harpeth Valley Utilities District
P O Box 306303
Nashville TN 37230


Heath Knott
LCRE Partners
333 W. Trade St.
Charlotte NC  28202


Hickory Grove Community, LLC
c/o Wagner and Weeks, PLLC
701 Market Street, Ste 310
Chattanooga TN 37402


Hixon Utility Board
P O Box 1598
Hixson TN 37343


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


Jackie Sells
Sells Properties
100 Heather Way
Brentwood TN 37027


Jennifer Livingston
NAI Koella 1 RM Moore
10820 Kingston Pike
Knoxville TN  37934


Jim Major, Trustee
PO Box 865
Lebanon TN 37088


Jim Stadler
Bellevue Properties, LP
3309 Fairmont Drive
Nashville TN 37203


John W. Duke
Kennedi Center
PO Box 309
Dickson TN 37056

Joseph Williams
Hickory Grove Community LLC
2518 Northgate Park Suite #199
Chattanooga TN  37415


Judy McCormack
TriCity 2, LLC
P.O. Box 778
Armonk NY  10504


Keter Environmental Services
P O Box 417468
Boston MA 02241


Knox County Property Assessor
400 Main Street, Suite 204
Knoxville TN 37902


Knox County TN Department of Revenue
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242


Knox County Trustee
PO Box 70
Knoxville TN 37901


Knoxville Utility Board
P O Box 59017
Knoxville TN 37950


Lance Johnson
Baker Storey McDonald
3001 Armory Drive
Nashville TN 37204


Lenoir City Utiities Board
P O Box 449
Lenoir City TN 37771


Madison Suburban Utility  District
P O  Box 306140
Nashville TN 37230

Metro Water Services
P O Box 305225
Nashville TN 37230


Metropolitan Assessor of Property
Attn: Personal Property Dept.
P.O. Box 196305
Nashville TN 37219


Metropolitan Trustee
Personal Property Tax Dept.
PO Box 305012
Nashville TN 37230


Michelle Spence
The Pines Center, LLC
553 East Main Street
Bowling Green KY  42101


Middle Tennessee Electric
P O Box 81709
Franklin TN 37068


Middle Tennessee Electric
P O Box 220
Lebanon TN 37088


Middle Tennessee Electric
P O Box 608
Murfreesboro TN 37133


Montgomery County Assessor of Property
350 Pageant Lane, Suite 101-C
Clarksville TN 37040


Montgomery County TN Department of Reven
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242


Montgomery County Trustee
PO Box 1005
Clarksville TN 37041

Morgan Allen
Greer Land Co Smyrna #2, LLC
250 West Main St, Ste 3000
Lexington KY 40502


Murfreesboro Electric Dept
P O Box 9
Murfreesboro TN 37133


Nashville Electric
1214 Church Street
Nashville TN 37246


Nashville Electric
P O Box 305099
Nashville TN 37230-5099


Nick Patel
Turkey Creek Hospitality, LLC
6324 Papermill. NW
Knoxville TN 37919


Pat Trice
Fresh Capital
5361 Hwy. 280 S, Suite 106A
Birmingham AL 35242


Patty Chambers
TSM Ventures. Inc.
301 N. Neil St, #400
Champaign IL 61820


Paul Farabaugh
PBFBSH 3 SO KINGSPORT, TN A, LLC
851 Debeau Drive
Tupelo MS  38804


Piedmont Natural Gas
P O Box 660920
Dallas TX 75266


Putnam County Assessor of Property
300 E Spring St, Room 1
Cookeville TN 38501

Putnam County TN Department of Revenue
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242


Putnam County Trustee
300 E Spring St., Room 2
Cookeville TN 38501


Ray Tarkington
Tarkington & Harwell LLC
1705 Division Street
Nashville TN  37203


Robert McGuinness
Kite Realty Group
30 South Meridian St
Indianapolis IN 46204


Roberta Hamer
Urban Retail Properties, LLC.
178 Winchester Court
Clifton NJ 07013


Rutherford County Assessor of Property
319 N Maple 2nd Fl
Murfreesboro TN 37130


Rutherford County TN Department of Reven
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242


Rutherford County Trustee
PO Box 1316
Murfreesboro TN 37133


Sandra Akins
Monarch Investment
4828 Ashford Dunwoody Road
Atlanta GA 30338-4833


Sells Properties
100 Heather Way
Brentwood TN 37027

Smith-Lindsey Development, LLC
c/o T. Kenan Smith, Esq.
PO Box 869
Knoxville TN 37901


Sullivan County Assessor of Property
3411 Hwy 126, Suite 103
Blountville TN 37617


Sullivan County TN Department of Revenue
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242


Sumner County Assessor
355 North Belvedere, Room 206
Gallatin TN 37066


Sumner County TN Department of Revenue
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242


Sumner County Trustee
355 Belvedere Drive N Room 107
Gallatin TN 37066


Susan Ramsey, Sullivan County Trustee
PO Box 550
Blountville TN 37617


Teb Batey, Trustee
Rutherford County
PO Box 1316
Murfreesboro TN 37133


Tennessee Department of Revenue
Taxpayer Services Division
Andrew Jackson State Office Building, 3r
500 Deaderick Street
Nashville TN 37242


Tennessee Secretary of State
Division of Business Services
312 Rosa L. Parks Avenue Snodgrass Tower
Nashville TN 37243

The Pines Center, LLC
553 East Main Ave
Bowling Green KY 42101


Traci Kozolski
Evergreen Realty Members, LLC
7700 Legends Way
Chattanooga TN  37421


United Bank
500 Virginia St East
Charleston WV 25301


Virginia Department of Taxation
Office of Customer Services
P.O. Box 1115
Richmond VA 23218


Washington County Property Assessor's Of
100 E. Main Street
Jonesborough TN 37659


Washington County TN Department of Reven
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242


Washington County, Tennessee
100 E. Main Street, Jonesborough
P.O. Box 219
Jonesborough TN 37659


Waste Management
P O Box 13648
Philadelphia PA 19101


Waste Management of KY
P O Box 9001054
Louisville KY 40290


Water Authority of Dickson County
101 Cowan Road
Dickson TN 37055

```
Williamson County Assessor of Property
1320 West Main Street, Suite 300
Franklin TN 37064


Williamson County TN Department of Reven
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242


Williamson County Trustee
PO Box 1365
Franklin TN 37065


Wilson County Assessor of Property
228 East Main Street, Room 4
Lebanon TN 37087


Wilson County TN Department of Revenue
Andrew Jackson State Office Building
500 Deaderick Street
Nashville TN 37242
```

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   __Sleep Outfitters of Tennessee LLC__

                            Debtor(s)

Case No. _____

Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Sleep Outfitters of Tennessee LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__January 11, 2019__

Date

__/s/ Laura Day DelCotto__

__Laura Day DelCotto 81763__

Signature of Attorney or Litigant

Counsel for   __Sleep Outfitters of Tennessee LLC__

__DelCotto Law Group PLLC__
__200 North Upper St.__
__Lexington, KY 40507__
__(859) 231-5800 Fax:(859) 281-1179__
__ldelcotto@dlgfirm.com__